# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

September 6, 2016

153265-79

SAPA EXTRUSIONS, INC., formerly
known as ALCOA EXTRUSIONS, INC.,
   Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
   Defendant-Appellee.

SC: 153265
COA: 326414
Court of Claims: 14-000068-MT

_____/

BALL CORPORATION,
   Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
   Defendant-Appellee.

SC: 153266
COA: 326415
Court of Claims: 14-000069-MT

_____/

FAMILY DOLLAR STORES, INC.,
   Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
   Defendant-Appellee.

SC: 153267
COA: 326512
Court of Claims: 13-000044-MT

_____/

FAMILY DOLLAR STORES, INC.,
   Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
   Defendant-Appellee.

SC: 153268
COA: 326513
Court of Claims: 14-000088-MT

_____/

GOODYEAR TIRE AND
RUBBER COMPANY,

Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
     Defendant-Appellee.

SC:  153269
COA:  326585
Court of Claims:  15-000013-MT

_____/

FAMILY DOLLAR STORES, INC.,
     Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
     Defendant-Appellee.

SC:  153270
COA:  326586
Court of Claims:  14-000029-MT

_____/

WEBLOYALTY HOLDINGS, INC.
& SUBSIDIARIES,
     Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
     Defendant-Appellee.

SC:  153271
COA:  326732
Court of Claims:  15-000057-MT

_____/

AFFINION GROUP HOLDINGS, INC.
& SUBSIDIARIES,
     Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
     Defendant-Appellee.

SC:  153272
COA:  326733
Court of Claims:  15-000056-MT

_____/

EMC CORPORATION,
     Plaintiff-Appellant,

v

SC:  153273
COA:  326818
Court of Claims:  14-000145-MT

DEPARTMENT OF TREASURY,
     Defendant-Appellee.

_____/

EMC CORPORATION,
     Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
     Defendant-Appellee.

SC: 153274
COA: 326819
Court of Claims: 13-000119-MT

_____/

DELUXE FINANCIAL SERVICES, LLC,
     Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
     Defendant-Appellee.

SC: 153275
COA: 327725
Court of Claims: 14-000287-MT

_____/

SCHWAN'S HOME SERVICE, INC.,
     Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
     Defendant-Appellee.

SC: 153276
COA: 327880
Court of Claims: 15-000096-MT

_____/

MONSTER BEVERAGE CORPORATION,
     Plaintiff-Appellant,

v

SC: 153277

COA:  327962
Court of Claims:  12-000083-MT

DEPARTMENT OF TREASURY,
        Defendant-Appellee.

_____/

MONSTER BEVERAGE CORPORATION,
        Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
        Defendant-Appellee.

SC:  153278
COA:  327963
Court of Claims:  12-000122-MT

_____/

SCHWAN'S HOME SERVICE, INC.,
        Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
        Defendant-Appellee.

SC:  153279
COA:  328231
Court of Claims:  15-000134-MT

_____/

On order of the Court, the application for leave to appeal the January 21, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

MARKMAN, J. I would grant leave to appeal for the reasons set forth in my dissenting statement in *Gillette Commercial Operations North America v Dep't of Treasury*, 499 Mich 960, 961-962 (2016).

VIVIANO, J., joins the statement of MARKMAN, J.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2016



Clerk

a0829